Oscar Barela 38974
Name and Prisoner/Booking Number

Amador County Jail
Place of Confinement

700 Court Street
Mailing Address

Jackson, CA 95642
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
JUL 11 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Oscar Lawerence Alex Barela,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) Stockton Police Department
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
                 Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-1209 DB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Stockton CA

## B. DEFENDANTS

1. Name of first Defendant: **Stockton Police Department**. The first Defendant is employed as: **I was unconscious when first responders showed up** at **Stockton Police Department**.
   (Position and Title)                                            (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                            (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                            (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                            (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Criminal Neglegence Failure to Comply with Proper Police Procedures;;

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Gross Neglegence

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The day of January 5, 2022 at 2:25 pm I had called A friend for some Gas money he said yes come to Vickey's ln I had said in 15 minutes I'll be there he stated ok on arrival I had asked both girls I was with if they needed to use Restaroom Names of girls are Jamielynn Oaks and Channtel BEE I was driver owner of vehical Channtel BEE, so they say no to bathroom so I park in A court on Vicky's ln on left side of street my friend Jim comes to window on driver side and hands me $20 dollars I said thanks He said yump and walked back to his house as I got ready to leave Jamielynn Oaks says look out I turn to my left and see a Masked man with no Gloves and a Gun pointed at me saying obscene things to me that I really didn't understand because I was focused on the Gun, next thing I know is his hand with the Gun is in my window he fired off 3 rounds into my lap hitting me in my femer Artery, Testicals and Right leg He starts to Run toward the apartments on my left, I started car and started to back up I lost consience and back into packed train next thing I know is I'm waking up in hospital with Tubes down my throat when I was able to talk I called Jamielynn and Channtel and when asked what occured after I Passed out Jamielynn Oaks said a detective Reached into my Pockets after Pecamedics cut pants off me and grabbed my Phone and Grabbed other things out of car Plus other things that werent Even mine and took them for investigation → continue—

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Not only did I get Shot 3 times due to the Police letting hard Evidence leave the secean I have to pay for all my medical bills and wheel chair, and I lost my Job so they didn't Just hurt me Physicaly but also Finatally to..

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. There was No other Procedures needed besides the complaint form to The Jury..

3

11   Continue on claim 1 Here!! ↓

But when I had asked Chantell Bee what happen to the vehical if they took it for a Proper investigation she responded No they talked to me "her words" for a short period of time then said they let her leave the crime scene with vehical and she said it took her 3 hours to get my blood off her seat and she also recoverd all 3 shell caseings and asked if I wanted them I felt offended and told her to turn them in with the vehical to the police if I want a chance of them catching my shooter because of the shells and finger prints that were left on the and in the car.

pg 2

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __MY Person..__

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☒ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   So like I had explained on claim 1 I had Got shot 3 times So To clarify Property, and on my Person while First Responders and Detective got there the detective takes it upon himself to digg in my Pants and Grabb my cell Phone while I was unresponsive and then Gets my other cell Phone out of the vehical and takes them in for investigation, But does not have the Audacity to take the vehical in for Proper Protocal and Procedures.. Anytime A vehical is used or at the scene of A crime the Police Are to Repo the car until investigation is Completly over that way they can do Proper Investigation as far as finger Prints Particals Ext....

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Do To me not haveing my Phones brought alot of stress and agony because I didnt have no numbers to my emediate family my Baby momma and son still to this day does not know I was shot.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. No there were no other Procedures besides the complaint form To dust..

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: "Harassment"

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: "Harassment"

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Now after claim 1 and claim 2 I'v been pulled over on different occasions and most of the time it's 1 or 2 of the first Responders that were on scene the day I got shot and it would never be like hey how are you or anything, they would just question my integrity keep asking me if I know who did it and why don't I just tell them or was I there doing a drug deal then one of them Even whent out of his way to Lie to me and Said there was a camera across the way that seen everything and I said if so Y don't you got my shooter and Everytime I asked the officers or detective why did they let the owner of the car drive off they all said they dont know anything about that all of them no answer but they want me to answer all there Questions everytime I get stopped by them, I don't think I should be getting Harassed like that I am a victim not a suspect and I demand answers and Justice I almost lost my life, thats not fair to my family what Just because I have a criminal backround I cant Get treated like a civilian "I want Justice" for almost loseing my life. I have never had a Gun charge until after this incedent because the stockton P.D. didnt do there Jobs Right so now I'm scared for my life looking over my shoulder everwhere I Go..

4. Injury. State how you were injured by the actions or inactions of the Defendant(s)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. No There were No other Procedures besides the complaint form for Jury..

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: For Pain and suffering and medical bills and not takeing this case as serious as they should of I'm seeking $5,000,000.00 dollars from Defedants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-6-22
            DATE

Oscan Lanny Alex Banela
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6