UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR BARELA,<br><br>           Plaintiff,<br><br>      v.<br><br>STOCKTON POLICE DEPARTMENT,<br><br>           Defendant. | No.  2:22-cv-01209 TLN DB P<br><br>FINDINGS & RECOMMENDATIONS |

By order filed January 23, 2023, the court found plaintiff's complaint failed to state a claim and thirty days leave to file an amended complaint was granted. The time granted has expired and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

1

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 24, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
bare1209.fta